McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS, AUSA
Federal Courthouse
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:07-mj-00120 SMS |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE PRELIMINARY |
| v. ) | HEARING;   **ORDER** |
| ) | |
| ) | Old Date: 6/1/2007 at 1:30 p.m. |
| ) | NEW DATE:   **June 8, 2007** |
| DAVID MELLOR, ) | NEW  TIME:   **1:00 p.m.**  (not 1:30p.m.) |
| ) | |
| Defendants. ) | Honorable SANDRA M. SNYDER |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto and through their attorneys of record that the Preliminary hearing presently scheduled before the Honorable Sandra M. Snyder on June 1, 2007 at 1:30 p.m. be continued to June 8, 2007 at 1:00 p.m.

All parties herein, through their respective counsel have been contacted regarding the requested continuance and concur with this request.

///

///

1

1 | Dated: May 31, 2007          McGregor W. Scott
                                          United States Attorney

                                          /s/ Kathleen A. Servatius
                                          By: KATHLEEN A. SERVATIUS
                                              Assistant U.S. Attorney

                                          VERBAL CONSENT GIVEN ON 5/30/07

Dated: May 31, 2007          /s/   Eric V. Kersten
                                          ERIC V. KERSTEN
                                          Attorney for Defendant
                                          David Mellor

McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-mj-00120 SMS |
| | ) | |
| Plaintiff, | ) | **ORDER** TO CONTINUE |
| v. | ) | PRELIMINARY HEARING |
| | ) | |
| | ) | |
| DAVID MELLOR | ) | Date:    June 8, 2007 |
| | ) | Time:    **1:00 p.m.**  (not  1:30p.m.) |
| Defendant. | ) |  Honorable Sandra M. Snyder |
| | ) | |

   Upon the stipulation of the parties and good cause appearing therefore,

   IT IS HEREBY ORDERED that the Preliminary hearing presently set for

June 1, 2007 at 1:30 p.m.. is continued until June 8, 2007 at 1:00 p.m.  be heard before the

Honorable Sandra M. Snyder.

IT IS SO ORDERED.

**Dated:    June 1, 2007**                       /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

1